IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01391-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

      Plaintiff,

v.

JOHN DOES 1-9,

      Defendants.

---

## ORDER

---

      In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on July 3, 2014 (ECF No. 12), it is

      ORDERED that Defendant John Doe # 4 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

      Dated:  July 3, 2014

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior United States District Judge