IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01391-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

JOHN DOES 1-3, 5-9,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on July 17, 2014 (ECF No. 15), it is

ORDERED that Defendant John Doe # 8 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  July 18, 2014

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge