IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01391-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

JOHN DOES 1-3, 5-7, 9,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

    In accordance with Plaintiff's Notice of Dismissal of Case filed on September 15, 2014 (ECF No. 19) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is

    ORDERED that all remaining John Does and this action are **DISMISSED WITHOUT PREJUDICE**.

    Dated:  September 16, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge